AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:16-M -09004(1) |
| | § |
| (1) Martin Reyes-Duque | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 29, 2016** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Martin REYES-Duque, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Texas, Intl Bridge on December 18, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Martin REYES-Duque, was arrested by Border Patrol Agents, on August 29, 2016 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
GARCIA, Jesus J
BPA

08/31/2016     at    DEL RIO, Texas
File Date                  City and State

COLLIS WHITE
U.S. MAGISTRATE JUDGE           Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.            Case Number: DR:16-M -09004(1)

(1) Martin Reyes-Duque

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on December 18, 2009 through Del Rio, Texas, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____       _____
Signature of Judicial Officer            Signature of Complainant